# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510             Telephone: (212) 317-1200
New York, New York 10165                        Facsimile: (212) 317-1620

jbarton@faillacelaw.com

December 1, 2020

**VIA ECF**

Hon. Sanket Bulsara
United States Magistrate Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

         Re:     <u>Santana v. Sirah 120 LLC, et al.</u>
                   1:20-cv-02867-PKC-SJB

Dear Judge Bulsara:

       I am an attorney representing Plaintiff in the above-referenced matter. I write to request a thirty-day extension of the deadline to submit the parties' settlement agreement to the Court, currently scheduled for December 3, 2020. The new deadline would be January 4, 2021. This is the first request of its kind and is submitted on consent.

       The parties have been working diligently on finalizing their papers. However, the Defendants are pro se, so bringing this matter to a conclusion has presented some difficulties. Nevertheless, the parties are confident they will be able to submit their settlement materials to the Court within thirty days.

       We thank the Court for its time and attention.

                                     Respectfully Submitted,

                                     <u>*/s/ Jesse Barton*</u>
                                     Jesse Barton, Esq.

Cc: Defendants (Via Email)
     *sammy197875@yahoo.com*